**Electronically Filed
Supreme Court
SCWC-15-0000012
13-SEP-2016
08:23 AM**

SCWC-15-0000012

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

THEODORE ROBERT BRISTOW, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000012; CASE NO. 3DCW-14-0001486)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Theodore Robert Bristow's application for writ of certiorari filed on August 4, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 13, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

